JAIMEE A. JONES, SBN 219393
JAIMEE A. JONES, A PROFESSIONAL LAW CORPORATION
110 SOUTH LASSEN STREET
POST OFFICE BOX 1238
SUSANVILLE CA 96130
Telephone: (530) 257-5551
Facsimile: (530) 257-2021
Email: jjones@jjoneslaw.com

Attorney for Travis and Terry Jackson's Service Center, Inc., et al.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| JEFF HOHLBEIN, | Case No.: 2:08-CV-01818-GEB-EFB |
| Plaintiff, | ORDER APPROVING STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TRAVIS AND TERRY JACKSON'S SERVICE CENTER, INC., ET AL., TO ANSWER OR OTHERWISE RESPOND |
| vs. | |
| TRAVIS AND TERRY JACKSON'S SERVICE CENTER, INC., ET AL., | |
| Defendants. | |

Before the Court is the Stipulation For Extension of Time for Defendants Travis and Terry Jackson's Service Center, Inc., et al., to Answer or Otherwise Respond. Having considered the matter, the Court GRANTS the motion and extends the date for Defendants Jackson to answer or otherwise respond to Plaintiff's Complaint to and including October 15, 2008.

Dated: 10/3/08

_____
GARLAND E. BURRELL, JR.
United States District Judge

-1-