IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HOHLBEIN, | No. CIV S-08-1818-CMK |
| Plaintiff, | |
| vs. | ORDER |
| TRAVIS AND TERRY JACKSON'S SERVICE CENTER, INC, et al., | |
| Defendants. | |
| _____/ | |

     Plaintiff, proceeding with counsel, brings this civil action for violations of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12101, *et seq*. The parties have consented to proceed before a Magistrate Judge for all purposes. Magistrate Judge Brennan accepted the reassignment of this action for all proceedings on November 13, 2008. On December 16, 2008, Judge Brennan transferred this case to the Redding venue for the convenience of the parties.

     Upon review of this matter, the undersigned has determined he is disqualified from presiding over this matter and, pursuant to 28 U.S.C. § 455, hereby recuses himself from this action. The undersigned represented the Defendant while in private practice; was a regular customer at his established place of business; and remains a personal friend. The undersigned is the only Magistrate Judge assigned to the Redding venue. As this matter was previously

1

1  assigned to Magistrate Judge Brennan, and was only transferred to the Redding venue for the
2  convenience of the parties, it is appropriate to return this case to the Sacramento venue and
3  Magistrate Judge Brennan.
4        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
5  reassign this case back to Magistrate Judge Brennan for all further proceedings pursuant to the
6  parties' consent.

DATED: December 24, 2008

*Craig M. Kellison*
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE