IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFF HOHLBEIN,

        Plaintiff,                              No. CIV S-08-1818 EFB

    vs.

TRAVIS AND TERRY JACKSON'S SERVICE CENTER, INC.,

        Defendants.                        ORDER

        Pursuant to the recusal of Magistrate Judge Craig M. Kellison, and reassignment of this case to the undersigned (*see* Dckt. No. 15), a Status Conference is hereby set before the undersigned in the Sacramento venue of the U.S. District Court, Eastern District of California, on Wednesday, January 28, 2009, at 10:00 a.m., in Courtroom No. 25. The parties shall file an amended joint status report on or before January 21, 2009.

        SO ORDERED.

DATED: December 30, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE