**Richard E. Grabowski,** State Bar # 236207
rgrabowski@mckinleyville.net
**611 "L" Street, Suite A
Eureka, CA 95501**

**(707) 441-1177
FAX 441-1533**

**Attorney for Plaintiff, JEFF HOHLBEIN**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF HOHLBEIN,** | **Case No.  2:08-CV-1818 EFB** |
| **Plaintiff,** | **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |
| **v.** | |
| **TRAVIS AND TERRY JACKSON'S SERVICE CENTER, INC., a California corporation, et al.,** | |
| **Defendants.** | |

Plaintiff JEFF HOHLBEIN and Defendants TRAVIS AND TERRY JACKSON'S SERVICE CENTER, INC., et al. (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.      The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2.      Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

Dated:      January 12, 2009          /s/ Richard E. Grabowski
                                       Richard E. Grabowski, Attorney for Plaintiff,
                                       **JEFF HOHLBEIN**

**LAW OFFICES OF EUGENE B. CHITTOCK**

Dated:        January 8, 2009          /s/ Eugene B. Chittock
                                       Eugene B. Chittock, Attorney for Defendants
                                       **TRAVIS AND TERRY JACKSON'S SERVICE
                                       CENTER, INC., et al.**

**ORDER OF DISMISSAL WITH PREJUDICE**


        Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED the action HOHLBEIN vs. JACKSON, et al., Case Number 2:08-CV-1818 EFB, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

DATED:  January 12, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE